IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SKY TECHNOLOGIES LLC | Civil Action No. 2:06-cv-440 |
| Plaintiff, | |
| v. | Judge David Folsom |
| SAP AG, SAP AMERICA, INC. and ORACLE CORPORATION | Jury Trial Demanded |
| Defendants. | |

## UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff Sky Technologies, LLC respectfully requests leave to amend the Complaint in this case to add U.S. Patent No. 7,162,458, which issued on January 9, 2007. Sky's proposed amended pleading is attached as Exhibit A to this Motion. Defendants, SAP AG, SAP America, Inc. and Oracle Corporation, do not oppose this amendment.

Respectfully submitted,

SUSMAN GODFREY L.L.P.

_____
Stephen D. Susman
State Bar No. 19521000
E-Mail: ssusman@susmangodfrey.com
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Lead Attorney for Sky Technologies LLC

OF COUNSEL:

Max L. Tribble, Jr.
State Bar No. 20213950
E-Mail: mtribble@susmangodfrey.com
Brian D. Melton
State Bar No. 24010620
E-Mail: bmelton@susmangodfrey.com
Lexie G. White
State Bar No. 24048876
E-Mail: lwhite@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

T. John Ward, Jr.
State Bar No. 00794818
E-Mail: jw@jwfirm.com
THE LAW OFFICES OF T. JOHN WARD, JR., P.C.
111 W. Tyler Street
P.O. Box 1231 (75606-1231)
Longview, TX 75601
Telephone: (903) 757-6400 or 866/305-6400
Facsimile: (903) 757-2323

Attorneys for Sky Technologies LLC

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served on the following counsel of record, this 5th day of February, 2007, by electronic means:

Damon Young
Dmyoung64@aol.com
John Pickett
Jpickett83@aol.com
Lance Lee
wlancelee@aol.com
YOUNG, PICKETT & LEE
4122 Texas Boulevard
Texarkana, Texas 75503

Robert M. Galvin
galvinrm@daycasebeer.com
Geoff M. Godfrey
ggodfrey@daycasebeer.com
Lloyd Rusty Day, Jr.
lrday@daycasebeer.com
DAY CASEBEER MADRID & BATCHELDER LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, California 95014
*Attorneys for SAP America, Inc. and SAP AG*

Michael Edwin Jones
mikejones@potterminton.com
POTTER MINTON PC
110 N. College, Suite 500
P O Box 359
Tyler, Texas 75710-0359

David C. McKone
david.mckone@lw.com
David A. Nelson
david.nelson@lw.com
Jennifer A. Bauer
Jennifer.bauer@lw.com
LATHAM & WATKINS, LLP
233 S. Wacker Dr., Suite 5800
Chicago, IL 60606

Sean S. Pak
sean.pak@lw.com
LATHAM & WATKINS, LLP
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
*Attorneys for Oracle Corporation*

*/s/ Lexie White*
Lexie White