# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SKY TECHNOLOGIES LLC | Civil Action No. 2:06-cv-440 |
| Plaintiff, | Judge David Folsom |
| v. | |
| SAP AG and SAP AMERICA, INC. | Jury Trial Demanded |
| Defendants. | |

## FINAL DECISION AND ORDER PURSUANT TO STIPULATION

Pursuant to joint motion and stipulation of Plaintiff Sky Technologies LLC and Defendants SAP AG and SAP America, Inc., which includes the stipulation that this final decision should be entered, this Court enters a final decision that SAP AG and SAP America, Inc. have not sustained their burden of proving invalidity of claims 1 and 16 of U.S. Patent No. 7,162,458.

Pursuant to the Settlement Agreement executed by the parties on September 9, 2010, this action is hereby dismissed with prejudice. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement. Each party shall bear its own attorneys' fees, expenses, and costs. This decision is an Order of the Court which is final, enforceable, and not appealable.

IT IS SO ORDERED.

SIGNED this 27th day of December, 2010.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE